UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

JAMES JEANTY,

        Plaintiff,

vs.

RIMA MARKET II CORP and
YOUSEF MUSTAFA and
ABDEL R. AHAMD

        Defendants.
_____/

**COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, JAMES JEANTY through counsel, sue Defendants, RIMA MARKET II CORP, YOUSEF MUSTAFA and ABDEL R. AHMAD and alleges the following:

1. This is an action for unpaid overtime brought under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, Et. Seq.

2. Plaintiff resides in Florida and is a past employee of Defendants.

3. Defendant, RIMA MARKET II CORP is a domestic for profit corporation which is registered with the State of Florida and is conducting business within this judicial district.

4. At all times material hereto, Defendant RIMA MARKET II CORP was engaged in commerce in the field of convenience store operations. In furtherance of said business, Defendant's employees handled, sold, or otherwise worked on goods or materials that have been moved in or produced for such commerce and further used

equipment and tools that had moved in interstate commerce to fulfill their daily job responsibilities.

5. At all times material hereto, Defendant RIMA MARKET II CORP was the "Employer" of Plaintiff as that term is defined under statutes referenced herein and was an "Enterprise" as it along with its employees was engaged in interstate commerce as described above and has annual gross sales and/or business volume of $500,000 or more.

6. Defendants, YOUSEF MUSTAFA and ABDEL R. AHMAD are residents of the Southern District of Florida and at all times material hereto, were the managing agents of Defendant, RIMA MARKET II CORP ; said Defendant acted and acts directly in the interests of the Defendant, RIMA MARKET II CORP , in relation to said co-Defendant's employees. Defendants YOUSEF MUSTAFA and ABDEL R. AHMAD effectively dominated RIMA MARKET II CORP administratively or otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, YOUSEF MUSTAFA and ABDEL R. AHMAD were an "employer" of the Plaintiff within the meaning of 29 U.S.C. §203(d).

7. In justifiable reliance upon Defendants' representations and promises, Plaintiff JAMES JEANTY accepted employment and began working for Defendants as a store clerk.

8. During Plaintiff, JAMES JEANTY (specifically from about 2/14/15 to 10/17/15), Plaintiff accrued damages representing unpaid overtime in the amount of $4,131.00. Exhibit "A"

9. Defendants knowingly and willfully failed to tender payment of wages owed to Plaintiff.

10. Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

11. Plaintiff has retained the services of the undersigned and are obligated to pay for the legal services provided.

## COUNT I
## VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")
## (ALL DEFENDANTS)

12. Plaintiff reaver and reallege paragraphs 1-11 herein.

13. Plaintiff alleges this action pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) overtime pay, and (ii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

14. Plaintiff seeks recovery of damages as referenced above and further seeks costs, and attorney's fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiff demands judgment against all Defendants jointly and severally plus costs, reasonable attorney's fees, and such other remedy as the court deems just and appropriate

Loren Law Group
100 South Pine Island Rd – Suite 132
Plantation, FL 33324
Phone:       (954)585-4878
Facsimile:   (954)585-4886
E-Mail:      JLoren@Lorenlaw.com

_____
James M. Loren, Esquire
Bar No.: 55409

James Jeanty
Statement of Claim

| Pay Period Ending | Average Overtime hours Worked and not paid (Weekly) | Hourly Rate/Regular Rate | Unpaid Half-Time Overtime Owed | Liquidated Damages Owed |
|---|---|---|---|---|
| 02/14/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 02/21/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 02/28/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 03/07/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 03/14/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 03/21/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 03/28/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 04/04/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 04/11/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 04/18/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 04/25/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 05/02/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 05/09/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 05/16/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 05/23/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 05/30/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 06/06/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 06/13/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 06/20/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 06/27/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 07/04/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 07/11/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 07/18/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 07/25/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 08/01/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 08/08/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |

James Jeanty
Statement of Claim

| Pay Period Ending | Average Overtime hours Worked and not paid (Weekly) | Hourly Rate/Regular Rate | Unpaid Half-Time Overtime Owed | Liquidated Damages Owed |
|---|---|---|---|---|
| 08/15/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 08/22/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 08/29/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 09/05/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 09/12/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 09/19/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 09/26/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 10/03/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 10/10/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
| 10/17/15 | 13.5 | $8.50 | $57.38 | $ 57.38 |
|  |  |  | $ 2,065.50 | $ 2,065.50 |
|  |  |  | $ 4,131.00 | ** |

** Good Faith Approximation (also does not take into consideration any absences)

Exhibit "A"

2