## RETURN OF SERVICE

**State of FLORIDA**  **County of SOUTHERN**  **District Court**

Case Number: 15-CV-24330-COOKE/TORRES

Plaintiff:
**JAMES JEANTY,**

vs.

Defendant:
**RIMA MARKET II CORP AND OUSEF MUSTAFA AND ABDEL R. AHAMD,**

For:
James Loren
Loren & Associates, P.A.
100 South Pine Island Road
Suite #132
Plantation, FL  33324

Received by OJF SERVICES, INC. on the 8th day of December, 2015 at 9:59 am to be served on **RIMA MARKET II CORP, 15150 NW 89TH CT, MIAMI, FL 33018**.

I, FRANK TRUJILLO, do hereby affirm that on the **16th day of December, 2015 at 2:56 pm, I:**

**CORPORATE:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JEANINE MUSTAFA** as **AGENT** for **RIMA MARKET II CORP**, at the address of: **8432 NW 168 TERR, MIAMI, FL 33016**, and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**FRANK TRUJILLO**
CPS #1284

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750
Our Job Serial Number: OJF-2015017938