# RETURN OF SERVICE

State of FLORIDA               County of SOUTHERN                District Court

Case Number: 15-CV-24330-COOKE/TORRES

Plaintiff:
**JAMES JEANTY,**

vs.

Defendant:
**RIMA MARKET II CORP AND OUSEF MUSTAFA AND ABDEL R. AHAMD,**

For:
James Loren
Loren & Associates, P.A.
100 South Pine Island Road
Suite #132
Plantation, FL  33324

Received by OJF SERVICES, INC. on the 8th day of December, 2015 at 9:59 am to be served on **YOUSEF MUSTAFA, 15150 NW 89TH CT, MIAMI, FL 33018.**

I, FRANK TRUJILLO, do hereby affirm that on the **16th day of December, 2015 at 2:56 pm, I:**

**SUBSTITUTE - RESIDENTIAL:**  served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JEANINE MUSTAFA** as **SPOUSE at the address of 8432 NW 168 TERR, MIAMI, FL 33016,/** of the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**FRANK TRUJILLO**
CPS #1284

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750
Our Job Serial Number: OJF-2015017937