IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by __PG__ D.C.

SEP 06 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

JAMES JEANTY,

    Plaintiff,

v.   Case No. 15-CV-24330-Cooke/Torres

RIMA MARKET II, CORP, et al.,

    Defendants,

and

CENTERSTATE BANK OF FLORIDA, N.A.,

    Garnishee.

_____/

## ANSWER OF GARNISHEE

Garnishee, CENTERSTATE BANK OF FLORIDA, N.A., by and through the undersigned attorney, answers the Writ of Garnishment dated July 5, 2016 and served on August 22, 2016, and states:

1. Garnishee was not indebted to Defendant, YOUSEF MUSTAFA, at the time of this Answer and was not indebted to said Defendant at the time of the service of the Writ or at any time between such times.

2. Garnishee does not have in Garnishee's possession any property of Defendant, YOUSEF MUSTAFA, at the time of this Answer and at the time of the service of the Writ, plus sufficient time not to exceed one (1) business day for the Garnishee to act expeditiously on the Writ, or at any time between such times. In fact, Defendant, YOUSEF MUSTAFA, does not have any open financial accounts at Garnishee.

3. Garnishee was indebted to Defendant, RIMA MARKET II, CORP, at the time of this Answer and was indebted to the said Defendant at the time of service of the Writ or at any time between such times.

4. Garnishee has in its possession the following that is the property of Defendant, RIMA MARKET II, CORP, at the time of the service of this Answer and at the time of the service of the Writ plus sufficient time not to exceed one (1) business day for the Garnishee to act expeditiously on the Writ, and at all times between such times:

    A.     Account Ending in:     xxx562
          Account Holder Name(s):   Rima Market II Corp.
          Address(es) on Account:   1582 NE 8th St., Homestead, FL 33033-4721
          Balance:     $7,698.11

5. At the time of this Answer, and at the time of the service of the Writ, other than the account described above, Garnishee has in its possession or control no other accounts goods, money, chattels, effects, or other property of Defendant, YOUSEF MUSTAFA, or Defendant, RIMA MARKET II, CORP.

6. Garnishee does not know of any other person or entity indebted to Defendant, YOUSEF MUSTAFA, or Defendant, RIMA MARKET II, CORP, or anyone who may have, in his or its possession or control, the property of Defendant, YOUSEF MUSTAFA, or Defendant, RIMA MARKET II, CORP.

7. Garnishee retained the undersigned attorney and agreed to pay a reasonable fee for services herein and demands payment of the statutory garnishee fee. Garnishee further demands judgment of all additional costs and all additional attorneys' fees incurred in this proceeding against any and all parties liable, pursuant to Section 77.28, Florida Statutes.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties listed below this 23rd day of August, 2016.

SHARIT, BUNN & CHILTON, P.A.

ROBERT C. CHILTON
Florida Bar No. 10321
Post Office Box 9498
Winter Haven, FL 33883-9498
(863) 293-5000 (O)
(863) 293-2091 (F)
ServeRCC@winterhavenlaw.com
Attorneys for Garnishee

cc:   Garnishee (MST)

Service List:

James Loren, Esq.
Loren Law Group
100 S. Pine Island Rd., Ste. 132
Plantation, FL 33324
JLoren@lorenlaw.com

